UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD IDEN,<br><br>Plaintiff,<br><br>v.<br><br>SEVENTH JUDICIAL DISTRICT COURT,<br><br>Defendant. | Case No. 3:19-cv-0593-MMD-CLB<br><br>**REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**[1] |

**I.   DISCUSSION**

On September 25, 2019, Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections, submitted a *pro se* civil rights complaint. (ECF No. 1-1). Plaintiff did not pay the full filing fee or apply to proceed *in forma pauperis*. Thus, the court, on two separate occasions, directed Plaintiff to complete the *in forma pauperis* application or pay the full filing fee. (*See* ECF Nos. 3, 5). Plaintiff was given until February 29, 2020 to file an application to proceed *in forma pauperis* or pay the full filing fee, which Plaintiff failed to do.

Accordingly, the court recommends that this action be dismissed without prejudice, for Plaintiff's failure to pay the full filing fee or file an application to proceed *in forma pauperis*.

The parties are advised:

1.   Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this report and recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points

---

[1]   This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice IB 1-4.

and authorities for consideration by the District Court.

2. This report and recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## II. RECOMMENDATION

For the reason stated above, the court recommends that the District Court enter an order **DISMISSING** this action without prejudice.

DATED: 3/3/2020

_____
UNITED STATES MAGISTRATE JUDGE