UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Richard Iden,<br><br>               Plaintiff,<br>v.<br><br>SEVENTH JUDICIAL DISTRICT COURT,<br>               Defendant. | Case No. 3:19-cv-00593-MMD-CLB<br><br>ORDER |

*Pro Se* Plaintiff Richard Iden, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla Baldwin recommending that the Court dismiss this action for failure to pay the full filing fee or file an application to proceed *in forma pauperis*. (ECF No. 6.) Plaintiff had until March 17, 2020, to file objections. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R and dismisses this action in its entirety.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but only if, one or both

parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation").

Nevertheless, the Court conducts *de novo* review to determine whether to accept the R&R. Judge Baldwin notes that the Court twice directed Plaintiff to pay the full filing fee or apply to proceed *in forma pauperis.* (ECF No. 6 at 1; ECF Nos. 3, 5.) Judge Baldwin gave Plaintiff until February 29, 2020, to take these actions, but Plaintiff failed to do so. (*Id.*) Therefore, Judge Baldwin recommends that this action be dismissed without prejudice. (*Id.*) Upon reviewing the R&R and underlying orders, this Court finds good cause to adopt Judge Baldwin's recommendation in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 6) is adopted in its entirety.

It is further ordered that this action is dismissed in its entirety without prejudice

The Clerk of the Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 24th day of March 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE